# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| GARY J. GIESELMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:07CV1510 AGF |
| | ) | |
| CITY OF DESOTO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF PARTIAL DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that, as to defendants Brian Werner, Jefferson County, Robert Wilkins, Shannon Dougherty-Lee, Mark T. Stoll, the Office of the State Public Defender, and Tony Mansuali, plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated this <u>31st</u> Day of October, 2007.

<u>/s/ Jean C. Hamilton</u>
UNITED STATES DISTRICT JUDGE